452 A.2d 1090

Commonwealth v. Papay, Appellant.

Petition for Allowance of Appeal Denied Feb. 24, 1983.

Submitted October 13, 1981. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.

452 A.2d 1091

Commonwealth v. Ralph, Appellant.

Submitted September 21, 1982. Anthony Stefanon, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.